OPINION # O- 7439 _____ WAS NEVER ISSUED OR

WAS WITHDRAWN.